COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:        In re Ronald DePinho and Andrew Dennis

Appellate case number:      01-14-00878-CV

Trial court case number:    2014-42165

Trial court:                152nd District Court of Harris County

On October 30, 2014, relators, Ronald DePinho and Andrew Dennis, filed a petition for writ of mandamus and a motion for temporary relief. The motion for temporary relief is **granted**. The trial court's October 14, 2014 order granting the Petition for Rule 202 Deposition and requiring relators to appear for depositions by November 7, 2014, is stayed. The stay is effective until disposition of relators' petition for writ of mandamus or further order of this Court. *See* TEX. R. APP. P. 52.10(b).

The Court further requests a response to the petition from the real party in interest, Dr. William Bornmann. The response, if any, is due no later than **November 14, 2014.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☒ Acting individually    ☐ Acting for the Court

Date: October 31, 2014